UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------ X    01 CV 5852 (ARR)

IN RE KeySpan Corporation Securities Litigation     :        NOT FOR ELECTRONIC
                                                    :        OR PRINT
------------------------------------------------------------ :   PUBLICATION
                                                    X
                                                             ORDER

ROSS, United States District Judge:

This matter having come before the court on January 31, 2005, on the application of counsel for lead plaintiffs and the class representative for an award of attorneys' fees and reimbursement of expenses incurred in this litigation, the court, having considered all papers filed and proceedings conducted herein and otherwise being fully informed in the premises and [as set forth in the Memorandum and Order dated Sept. 29, 2005] good cause appearing therefor;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. All of the capitalized terms used herein shall have the same meanings as set forth in the Stipulation and Agreement of Settlement executed on September 22, 2004 (the "Stipulation").

2. The court hereby awards class counsel attorneys' fees of 20% of the Settlement Fund ($2,750,000) and reimbursement of expenses of $516,194.26 for the aggregate amount of $3,266,194.26 together with the interest earned thereon for the same time period and at the same rate as that earned on the Settlement Fund until paid. Said fees and expenses shall be allocated among counsel in the litigation in a manner which, in co-lead class counsel's good faith judgment, reflects each such counsel's contribution to the initiation, prosecution, and resolution

1

of the litigation. The court finds that the amount of fees awarded is fair and reasonable under the "percentage-of-recovery" method.

3. The awarded attorney's fees and expenses and reimbursement shall be paid to co-lead class counsel subject to the terms, conditions, and obligations of the Stipulation and in particular ¶ 25 thereof, which terms, conditions, and obligations are incorporated herein.

4. Without affecting the finality of this order in any way, the court hereby retains continuing jurisdiction over: (a) the implementation of this order and (b) all parties hereto for the purposes of construing, enforcing, and administering this order in the event a dispute arises concerning the allocation of attorneys' fees among counsel.

SO ORDERED.

Allyne R. Ross
United States District Judge

Dated: September 29, 2005
Brooklyn, New York

SERVICE LIST:

**Counsel for the Plaintiff Class:**

Mark David Smilow
Weiss & Lurie
551 Fifth Avenue
Suite 1600
New York, NY 10176

S. Gene Cauley
Cauley Bowman Carney & Williams LLP
P.O. Box 25438
Little Rock, AR 72221

**Counsel for the Defendants:**

Michael J. Chepiga
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017-3909

Paul Christopher Gluckow
Simpson Thacher & Bartlett
425 Lexington Avenue - 29th Floor
New York, NY 10017

Allison Rebecca Kimmel
Simpson Thacher & Bartlett
425 Lexington Ave.
New York, NY 10017

Steven J. Roman
Dickstein Shapiro Morin & Oshinsky, LLP
2101 L Street, N.W.
Washington, DC 20037