**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                                              :     **CV 2001-5852 (ARR) (MDG)**
**In re KEYSPAN CORPORATION**                                :
**SECURITIES LITIGATION**                                    :     **Honorable Allyne R. Ross**
                                                              :
-------------------------------------------------------------x

### [PROPOSED] ORDER APPROVING DISTRIBUTION OF SETTLEMENT FUNDS TO VALID CLAIMANTS, ALLOWING LATE-FILED CLAIMS, DISALLOWING REJECTED CLAIMS, AND ALLOWING PAYMENT OF ADDITIONAL SETTLEMENT ADMINISTRATION COSTS

WHEREAS, this Court previously entered an Order approving a settlement and dismissing this action;

WHEREAS, this Court retained jurisdiction of the action for the purpose of considering any further application or matter which may arise in connection with the administration of the settlement and the processing of Proofs of Claim and the distribution of the Settlement Fund to authorized claimants;

NOW THEREFORE, based on Plaintiffs' Motion for an Order To Approve Distribution of Settlement Funds to Valid Claimants, To Allow Late-Filed Claims, To Disallow Rejected Claims, and To Pay Additional Settlement Administration Costs, the Affidavit of Michael Rosenbaum ("Rosenbaum Affidavit") in support thereof, and all prior proceedings herein, and after due deliberation, and good cause appearing therefor,

IT IS HEREBY ORDERED that the administrative determinations of Berdon Claims Administration LLC ("Berdon") and Lead Counsel respecting the allowed claimants, as set forth in Exhibit "C" to the Rosenbaum Affidavit, are hereby approved;

IT IS HEREBY ORDERED that the administrative determinations of Berdon and Lead Counsel temporarily disallowing certain claims, as set forth in Exhibit "D," are hereby approved;

IT IS FURTHER ORDERED that the administrative determinations of Berdon and Lead Counsel permanently disallowing certain claims as set forth in Exhibit "E" to the Rosenbaum Affidavit, are hereby approved;

IT IS FURTHER ORDERED that Centennial Bank, having its principal executive offices at 8201 Cantrell Road, Suite 265, Little Rock, Arkansas 72227, which maintains the Escrow Account for the Settlement Fund pursuant to the Court's November 16, 2004 Order Preliminarily Approving Settlement, Providing for Notice, and Scheduling Settlement Hearing, shall within five (5) days of service upon it of a copy of this Order by FedEx transmit all of the Settlement Funds to Berdon, inclusive of all interest accrued;

IT IS FURTHER ORDERED that Berdon shall be paid the sum of $190,827.67 from the Settlement Fund for its fees and out-of-pocket expenses incurred and to be incurred in connection with the claims administration process, as set forth in Exhibit "G" to the Rosenbaum Affidavit;

IT IS FURTHER ORDERED that as requested in the Rosenbaum Affidavit, Berdon shall distribute to the authorized claimants identified in Exhibits "C" and "D" to the Rosenbaum Affidavit all monies remaining in the Settlement Fund after payment of Berdon's fees and expenses under the direction of Lead Counsel; and

IT IS FURTHER ORDERED that one year after the initial distribution of the Net Settlement Fund to Authorized Claimants, it will be appropriate for Berdon to destroy all claim forms and related correspondence, but Berdon shall, however, retain administrative records (which may include the computer database and/or magnetic data) sufficient to identify approved and rejected claimants and record of the payments for a period of three (3) years after the initial distribution of the Net Settlement Fund to Authorized Claimants.

DATED:  May 17, 2006

_____
THE HONORABLE ALLYNE R. ROSS
UNITED STATES DISTRICT JUDGE

2